IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NICHOLAS DUPREE**<br>            **Plaintiff,**<br>    **v.**<br>**JOHN E. WETZEL,** *et al.*<br>            **Defendants.** | **CIVIL ACTION NO. 21-1944** |

# ORDER

**AND NOW,** this 20th day of December 2021, upon consideration of the Amended Petition for Writ of Habeas Corpus [Doc. No. 9], the Report and Recommendation relating thereto [Doc. No. 38], and Petitioner's Letter of June 24, 2021 [Doc. No. 37], and for the reasons set forth in the Memorandum Opinion accompanying this Order, it is hereby **ORDERED** that:

1. The Report and Recommendation [Doc. No. 38] is **APPROVED AND ADOPTED**;

2. The Amended Petition for a Writ of Habeas Corpus [Doc. No. 9] is **DISMISSED**, without an evidentiary hearing, for lack of subject matter jurisdiction.

3. Petitioner's Motion for Extension of Time [Doc. No. 39] is **DISMISSED** as moot.

4. A certificate of appealability will not issue as there is no basis for concluding that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further."[1]

---

[1] *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal citation and quotation omitted).

5. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED.**

                                      **BY THE COURT:**

                                      **/s/ Cynthia M. Rufe**

                                      _____

                                      **CYNTHIA M. RUFE, J.**